*William E. Haudek*, *Abraham L. Pomerantz* and *Karl J. Schumer* for appellants.

*Joseph K. Guerin* and *Herbert Goldmark* for respondent.

In each action order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ERNEST JOHNSON, Appellant.

Submitted October 9, 1946; decided November 14, 1946.

*Samuel Levy* for appellant.

*William M. Nicoll, District Attorney* (*Emmet J. Lynch* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.